UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

AMINA JAMA,                                                    Case No.:   1:25-cv-08024-VF

                Plaintiff,

     vs.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

                Defendant.
-----------------------------------------------------------x

## ORDER

WHEREAS the Plaintiff filed a motion requesting that the Court grant a sixty (60) day extension of time to file the Plaintiff's Brief; It is hereby

ORDERED that the Plaintiff's motion is granted and the Plaintiff is directed to file Plaintiff's Brief by April 12, 2026.  The Defendant's Brief is due June 11, 2026, and Plaintiff's Reply Brief is due June 25, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

SO ORDERED

_____

Hon. Valerie Figueredo
United States Magistrate Judge

Dated: February 12, 2026