**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  AMINA JAMA,

                        Plaintiff,                           25 **CIVIL** 8024 (VF)

          -v-                                                **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated June 1, 2026, that the Commissioner's decision

be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner

of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further

administrative proceedings. Upon remand, the Commissioner will offer the plaintiff the

opportunity for a hearing and issue a new decision.

**Dated:**  New York, New York

        June 2, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                           **BY:**            K. mango
                                        _____
                                                **Deputy Clerk**